JESS R. MARCHESE, ESQ.
Nevada State Bar #8175
601 S. Las Vegas Blvd.
Las Vegas, Nevada 89101
(702) 385-5377
marcheselaw@msn.com
*Attorney for Defendant RODRIGUEZ-PEREZ*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| THE UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>OMAR RODRIGUEZ-PEREZ,<br><br>Defendant. | CASE NO: 2:15-CR-320-KJD-PAL |

### **UNOPPOSED MOTION FOR PRE PLEA PRESENTENCE INVESTIGATION REPORT**

COMES NOW, JESS R. MARCHESE, ESQ., and hereby moves for or Order directing Probation to perform a pre-plea PSR for the Defendant in this case. This Motion is made and based upon the attached Points and Authorities, Declaration of Counsel, and any argument entertained at the hearing on this matter.

DATED this 30th day of November, 2017.

                                                        MARCHESE LAW OFFICES

                                                        _____
                                                        JESS R. MARCHESE ESQ.
                                                        Nevada Bar No. 8175
                                                        601 S. Las Vegas Blvd
                                                        Las Vegas, Nevada 89101
                                                        (702) 385-5377
                                                        *Attorney for Defendant*

1

## POINTS AND AUTHORITIES

Recently, the undersigned received a written plea offer from the United States of America. In order to properly counsel the defendant in reference to this plea, counsel would request that this Court order a Pre-Plea Presentence Investigation Report for Mr. Rodriguez-Perez.

Specifically, counsel is concerned that due to previous traffic arrests that Mr. Rodriguez-Perez may have criminal history points that might cause him to be ineligible for the safety valve and/or have an increased criminal history category. Out of an abundance of caution, counsel would like the report done.

In addition, the undersigned has spoken with counsel for the United States of America and he does not oppose this request.

DATED this 30th day of November, 2017.

                                              MARCHESE LAW OFFICES

                                              _____/s/_____
                                              JESS R. MARCHESE, ESQ.
                                              Nevada Bar No. 8175
                                              601 S. Las Vegas Blvd.
                                              Las Vegas, Nevada 89101

**IT IS SO ORDERED** this 1st day of December, 2017.

_____
Peggy A. Leen
United States Magistrate Judge

# CERTIFICATE OF SERVICE

I hereby certify that I served the foregoing MOTION FOR PRE-PLEA PSR via electronic filing system (ECF) on the 30th day of November, 2017 to the following registered recipients:

Mr. Robert Knief, Esq.
Counsel for United States of America

                                                                                         _____/s/_____
                                                                                         Employee of Marchese Law Offices