# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA
-oOo-

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Case No.: 2:15-cr-320-KJD-PAL |
| Plaintiff, ) | |
| vs. ) | MOTION TO CHANGE REPORT DATE |
| OMAR RODRIGUEZ PEREZ, ) | |
| Defendant. ) | |

Based on the representations contained in the Government's motion and good cause appearing:

IT IS ORDERED that the reporting date for defendant is changed to October 18, 2018.

DATED this  23rd of October, 2018.

_____
HONORABLE KENT J. DAWSON
UNITED STATES DISTRICT JUDGE